```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                           CRIMINAL NO. 1:16-00070

CURTIS LYNN MORGAN

## **MEMORANDUM OPINION AND ORDER**

Pending before the court is the government's unopposed motion to permit expert witness testimony via video conference. (ECF No. 40). For good cause shown and there being no objection by the defendant, that motion is **GRANTED**. Counsel for the United States should consult with the IT department of the court to make the necessary arrangements.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 8th day of November, 2019.

ENTER:

_David A. Faber_
David A. Faber
Senior United States District Judge